## MOTION DOCKET

**94–1662.** In re Contested Election of November 2, 1993. *Lorain County,* No. 93CV111527. On request for oral argument. Request denied.

**95–20.** State ex rel. Midmark Corp. v. Indus. Comm. *Franklin County,* No. 93APD10–1457. On motion to strike appellant/cross-appellee's supplement to brief. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**95–461.** State v. Mixon. *Hamilton County,* Nos. C–930905 and C–930906. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

**95–627.** State v. Howe. *Montgomery County,* Nos. 14939 and 14974. On motion for leave to file delayed appeal. Motion denied.

**95–636.** State v. Hackney. *Clermont County,* No. CA92–12–118. On motion to produce/transmit record portions of voir dire transcript, motion to advance on docket, and motion for appointment of counsel. Motions denied.